# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

    **vs.**           **4:19-CR-00117-BRW**

**Chico Jahoney Russell**
**Terrance Deandre Jackson**
**Edmond Dawayne Battles**
**Brandon Dean Banks**
**Justin L Nugent**
**Jahoney Milik Russell**
**Adam J Besser**
**Justin Wayne McClure**
**Elliott Easton Davies**
**Clansey Cole Hedrick**
**Jasmine Ariel Scott**
**Ashia Michelle Brason**

## ORDER

Pending is the Motion for Continuance (Doc No. 129) filed by, separate defendant Brandon Dean Banks. After a review of the Motion, and there being no objection, the Court finds that the Motion should be GRANTED. The trial is removed from the current trial docket of October 1, 2019 and October 29, 2019 is rescheduled to begin **Tuesday, April 28, 2020 at 9:30 a.m.**

Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of the Speedy Trial Act, as provided by Title 18, United States Code, Section 3161(h)(7)(A) for defendant Brandon Banks. As to the remaining defendants, any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of Title 18, United States Code, Section 3161(h)(6).

Pursuant to General Order No. 54, counsel for defendants are authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 6th day of September, 2019.

                                                Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE